Benjamin D. Rodriguez
CDC# F72457 /F2-9923l
P.O. Box 799002
San Diego, CA. 92179-9002

**FILED**
2008 JUL 24 PM 12:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

July, 15, 2008

Urgent; Reply Requested

CLERK of the Court
U.S. Dist. Court
880 Front St.
San Diego, CA. 92101

**NUNC PRO TUNC**
JUL 18 2008

08 CV 0856 LAB (RBB)

Re: Request for extension.

Dear Sirs:
I need and extension on my deadline for <u>7-21-08</u> to file and pay my fee for the First Amended Petition For Writ Of Habeas Corpus.

Because I need my Cunselor's approval to withdrawl the $5.00 fee from my trust account. To send my court documents to be file on my be half.

Thank you for your attention and diligence concerning this matter.

Sincerely,

Benjamin D. Rodriguez  7-15-08
BENJAMIN D. Rodriguez   Date

P.S.
 This is the envelope that the C.O. sealed on 6-9-08 and the order. Counselor Approval needed.

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                ARNOLD SCHWARZENNEGER, Governor

**DEPARTMENT OF CORRECTIONS**
**RICHARD J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179

 

DATE: 06/20/08

TO:   INMATE: Rodriguez, B.

   CDC NUMBER: F72457

SUBJECT:   **TRUST ACCOUNT WITHDRAWL ORDER**

The enclosed documents are returned for the following reason:

- NON-SUFFICIENT FUNDS   _____
- COUNSELOR APPROVAL NEEDED   ✓
- INMATE SIGNATURE OMITTED   _____
- PRE-STAMPED ENVELOPE   _____
- DOLLAR AMOUNT   _____
- ADDRESS MISSING   _____
- OTHER   ✓

Envelope is sealed... How would you like me (Trust Office) to process w/o opening it, check must go inside for payment. Thanks

R. J. DONOVAN CORRECTIONAL FACILITY
INMATE TRUST/ACCOUNTING OFFICE

Enclosures

Legal Confidential Mail

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY ARNOLD SCHWARZENNEGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**RICHARD J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179



*F8-9 28iu*

DATE: 07/01/08

TO: INMATE: *Rodriquez, B.*
CDC NUMBER: *F72457*

SUBJECT: **TRUST ACCOUNT WITHDRAWL ORDER**

The enclosed documents are returned for the following reason:

- NON-SUFFICIENT FUNDS          _____
- COUNSELOR APPROVAL NEEDED   ✓
- INMATE SIGNATURE OMITTED     _____
- PRE-STAMPED ENVELOPE         _____
- DOLLAR AMOUNT                _____
- ADDRESS MISSING              _____
- OTHER                        _____

_____
_____
_____

R. J. DONOVAN CORRECTIONAL FACILITY
INMATE TRUST/ACCOUNTING OFFICE

Enclosures