# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. RODRIGUEZ,<br><br>　　　　　　　　　　Petitioner,<br>vs.<br><br>HERNANDEZ, Warden R.J. Donovan,<br><br>　　　　　　　　　　Respondent. | CASE NO. 08cv0856-LAB (RBB)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE FIRST AMENDED PETITION** |

Petitioner Benjamin D. Rodriguez, proceeding *pro se* with a 28 U.S.C. § 2254 habeas action, has requested an extension of time to file his authorized First Amended Petition and to pay the filing fee. For good cause shown, the request is **GRANTED**. Petitioner's deadline is extended from July 21, 2008 to *August 4, 2008*.

**IT IS SO ORDERED**.

DATED: July 23, 2008

*Larry A. Burns*
_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

08cv0856