NAME: Benjamin D. Rodriguez
PRISON NUMBER: F 72457
CURRENT ADDRESS OR PLACE OF CONFINEMENT: 480 Alta Rd.
CITY, STATE, ZIP CODE: San Diego, CA. 92179

FILED
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Benjamin D. Rodriguez,
(FULL NAME OF PETITIONER)
                    PETITIONER

v.

Hernandez (Warden),
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

                    RESPONDENT
and

_____,
The Attorney General of the State of California, Additional Respondent.

Civil No: 08CV0856 LAB (RBB)
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

### FIRST AMENDED
PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: South County Division, 500 3rd Ave. Chula Vista, CA.
2. Date of judgment of conviction: May, 3, 07
3. Trial court case number of the judgment of conviction being challenged: SCS 200483
4. Length of sentence: 20 years with "9" Stricks.

CIV 68 (Rev. Jan. 2006)                                                         cv

5. Sentence start date and projected release date: _____
   Feb. 20, 06 To Mar, 2, 2023.

6. Offense(s) for which you were convicted or pleaded guilty (all counts): 288
   _____

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☐
   (b) Judge only ☒

9. Did you testify at the trial?
   ☐ Yes ☒ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: N/A
    (b) Date of result (if known): Not Applicable in this paticular instance
    (c) Case number and citation (if known): N/A
    (d) Names of Judges participating in case (if known) N/A.

    (e) Grounds raised on direct appeal: Abuse of 1385 Discretion, And illegal Sentencing Arbitration, 8th Amendment right violation's, 6th and 14th Amendment right violation's, points and Authorities. People V. Garcia (1999) 4th Dis, CAD.

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: N/A
    (b) Date of result (if known): unknown
    (c) Case number and citation (if known): Unknown.

    (d) Grounds raised: N/A.

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result: __Not yet__
    (b) Date of result (if known): __N/A.__
    (c) Case number and citation (if known): __N/A.__

    (d) Grounds raised: __In discovery.__

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☐ Yes ☒ No

15. If your answer to #14 was "Yes," give the following information:
    (a) **California Superior Court** Case Number (if known): __N/A.__
    (b) Nature of proceeding: __N/A.__

    (c) Grounds raised: __N/A Not applecable in this present instance bring a layman at law and having no access to the appropriate legal materels.__

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No
    (e) Result: __It would of been impassable under the circumstance__
    (f) Date of result (if known): __N/A.__

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes ☒ No

17. If your answer to #16 was "Yes," give the following information:
    (a) **California Court of Appeal** Case Number (if known): N/A.
    (b) Nature of proceeding: N/A,
    (c) Names of Judges participating in case (if known) N/A.

    (d) Grounds raised: N/A.

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No
    (f) Result: N/A.
    (g) Date of result (if known): N/A.

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes ☒ No

19. If your answer to #18 was "Yes," give the following information:
    (a) **California Supreme Court** Case Number (if known): ___
    (b) Nature of proceeding: ___

    (c) Grounds raised: N/A This is bien, addressed under other authorities.

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No
    (e) Result: N/A.
    (f) Date of result (if known): N/A.

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

Laymen at Law, No access to the appropriate legal material, No understanding of the nature of these petitions, And or motions or writs of habeaus Corpus.

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes  ☐ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? Not applicable.
        (i) What was the prior case number? Not applicable!
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: Not applicable.
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☒ Yes  ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☒ Yes  ☐ No

---

CAUTION:
- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: California penal Code: 1385 Discretion case Law. ~~Pep~~ people V. Garcia (1999).

Supporting FACTS: I was convicted and sentenced to 20 years with "9" Strikes, This is indeed a 14th amendment right Violation. An 8th amendment right violation as well as a 6th amendment right violation: This is a flagrant abuse of 1385 Discretion, The 9th circuit affirmend and the Supreme Court upheld and severely Cautioned the 4th and 2nd District as to these discretion abuses, Figuratively this an unfair and illegal sentence Structer. The trial Court Showed its excercising of 1385 discretion in a arbitrary, Capricious or patently absurd manner that resulted in a illegal sentencing structer. Also there was no emphasis placed on the fact this was a first offense there by blatantly disregarding the 9th circuit appeal to the second district and the 4th district, revealing the enevadibility of reversal or meritorious grounds for reversal, the caution was placed on the 4th district to reveal a absurd pattern of 1385 discretion Abuses.

**Did you raise GROUND ONE in the California Supreme Court?**

☐ Yes ☒ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

(b) GROUND TWO: 8th Amendment right Vidation:

Supporting FACTS: As a first offense, The sentencing Judge overarched his Judicial powers, No where in the history of California sentencing law is there a case where a defendant bieng a first termer has entered into arbitration as to "9" Strikes actually sticking or bieng a permanent pact of a plea agreement. Se: Wilding V. State Of California - (1996) 4th dis. people V. Trower, (6 dis.) Mo. people V. Braun 2003 CAl. Lexis 6516 CCAl. Aug. 27. This also is a form of coercion in that this sentence "currently" and any other conviction would be mandated. It is a due process error, this sentence must be set aside and reconsidered! it cannot and will not stand. This is reversable error and it is substantial. And the law does mandate such relief as is equivalant to the demages accrued, in this paticular instance the defendant has suffered invariable under such illegal sentencing arbitration, in all actuality a misdemeanor offense was commited against the defendant if not only for the sole purpose of future convictions this sentence must be vacated, And relief ordered. Respectfully.

Did you raise GROUND TWO in the California Supreme Court?

☐ Yes ☒ No.

    If yes, answer the following:

    (1) Nature of proceeding (i.e., petition for review, habeas petition): _____

    (2) Case number or citation: _____

    (3) Result (attach a copy of the court's opinion or order if available): _____

(c) **GROUND THREE:** 14th Amendment right Violation:

**Supporting FACTS:** Clearly the sentenceing structure indicates reversable error. The damege accrued is accumulative, and if not adressed incurable. My constitutionally protected & Inalienable guaranteed the 14th amendment right was violated when the sentenceing Judge did not fulfill the statutes criterea to the fullest extent of the LAW. Obviously I was not protected under my 14th Amendment right's. This is nothing short of a due process violation. Again the sentence must be set aside and reconsiderred, Respectfully. Defendant would also pray the courts take into consideration the defendant has already accrued damage personally suffering under said arbitration, The damage accrued falls under multiple Juristictions, it also fall under civil procedure the defendant however shall be satisfied with the finding of revesable error, and sent back to the trial Judge for a setting aside of this illegal arbitration and resentence, with substantial relief. Anything else under these circumstance would be unacceptable. The 4th district continses to blatantly disregard the 9th circuit court of Appeals reprimands And Cautions.

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☒ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

CIV 68 (Rev. Jan. 2006)         -8-         cv

(d) **GROUND FOUR**: 6th Amendment right Violation:

**Supporting FACTS**: Obviously Court room administration was breached, fundementally there is no court room administration if this inalienable right is obstructed. This is the apex of "Due" process the above mentioned right violations are (inseperable) if all entities in the court of Law are not working condusively for this protected right. There is and was no justice, The sentence there fore must be reversed; this is also strongly up-held in the Commission on judicial performance. These flagrant right violation actually teeter on Judicial misconduct, No one given attorney could be oblivious to such blatant disregard to constitutionaly protected rights. The supreme Court it self has severely Cautioned against such systematic errosion of federally protected rights. We aduessed the procedural prerequisite for the declaration of against penal interest exception.

Did you raise GROUND FOUR in the California Supreme Court?

☐ Yes ☒ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: N/A.
    (b) Case Number: N/A.
    (c) Date action filed: N/A.
    (d) Nature of proceeding: N/A.
    (e) Name(s) of judges (if known): N/A.
    (f) Grounds raised: N/A.

    (g) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: In pro-per
    (b) At arraignment and plea:
    (c) At trial:
    (d) At sentencing:
    (e) On appeal: N/A.
    (f) In any post-conviction proceeding:
    (g) On appeal from any adverse ruling in a post-conviction proceeding: N/A.

CIV 68 (Rev. Jan. 2006)

cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
   ☒ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   ☐ Yes  ☒ No
   (a) If so, give name and location of court that imposed sentence to be served in the future: N/A.
   (b) Give date and length of the future sentence: N/A.

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☒ No

28. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.   OR   ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

June, 10, 2008

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on,

6-10-08              Benjamin D. Rodriguez
(DATE)                  SIGNATURE OF PETITIONER