# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 AUG -7 PM 2: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Burns

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE

FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 8/4/2008

CASE NO.: 08cv0856 LAB (RBB)    DOCUMENT FILED BY: Petitioner

CASE TITLE: Rodriguez v. Hernandez

DOCUMENT ENTITLED: First Amended Petition

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Document already on file.** |

Date forwarded: 8/5/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Burns

Dated: 8/6/08    By: Law clerk

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Benjamin D. Rodriguez
NAME

F72457
PRISON NUMBER

480 Alta Rd.
CURRENT ADDRESS OR PLACE OF CONFINEMENT

San Diego, CA. 92179
CITY, STATE, ZIP CODE

**REJECTED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Benjamin D. Rodriguez,
(FULL NAME OF PETITIONER)
PETITIONER

v.

Hernandez, Warden,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and

_____,
The Attorney General of the State of California, Additional Respondent.

Civil No _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

## FIRST AMENDED
PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: South County Division, 500 3rd Ave. Chula Vista, CA.
2. Date of judgment of conviction: May, 3, 07
3. Trial court case number of the judgment of conviction being challenged: SCS200483
4. Length of sentence: 20 years with "9" Stricks.

CIV 68 (Rev. Jan. 2006)

CV